# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | |
|---|---|
| Kalli Jenkins<br>*Plaintiff(s)*<br>v.<br>The Lincoln National Life Insurance Company<br>*Defendant(s)* | Civil Action No. 4:24-cv-00474-FJG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company
c/o Missouri Department of Insurance
301 West High Street, Room 530
Jefferson City, MO 65101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derrick Pearce
BurnettDriskill, Attorneys
103 W 26th Ave., Ste. 290
North Kansas City, MO 64116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jul 23, 2024

Paige A. Wymore-Wynn

Signature of Clerk or Deputy Clerk

United States District Court for the Western District of Missouri

Civil Action No. 4:24-cv-00474-FJG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance Company was received by me on *(date)* 07/23/24.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joni Harding , who is designated by law to accept service of process on behalf of *(name of organization)* MO Dept. of Insurance. on *(date)* 07/23/24 (2:57 pm) ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/23/24

D M Roberts
*Server's signature*

David M. Roberts, Special Process Server
*Printed name and title*

108 Hunters' Run
Jefferson City, MO 65109
*Server's address*

Additional information regarding attempted service, etc: