**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KALLI JENKINS,<br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | ) | Case No. 24-00474-CV-W-FJG |

**<u>JOINT PROPOSED SCHEDULING AND TRIAL ORDER</u>**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established:

1. TRIAL SETTING. This case is scheduled for a one day bench trial, commencing on 9:00AM on September 12, 2025 at the United States District Courthouse in Kansas City, Missouri.

2. TELECONFERENCE. A teleconference is set at ____: a.m./p.m. on ___________to discuss the progress of the case and possible court ordered mediation.

3. PRETRIAL CONFERENCE. A final pretrial conference in this case will be held at ____: a.m./p.m. on_____________, at the United States District Courthouse in Kansas City, Missouri.

4. MOTIONS TO AMEND PLEADINGS. Any motion to amend the pleadings shall be filed on or before September 30, 2024.

5. MOTION TO JOIN ADDITIONAL PARTIES. Any motion to join additional parties shall be filed on or before September 30, 2024.

6. DISCOVERY DEADLINE. This is an action under the Employee Retirement Income Security Act. The parties expect that the issues will be determined based solely on the

administrative record and that no discovery will be permitted.

7. EXPERT DESIGNATION DEADLINES. The parties stipulate that no expert witnesses will be utilized in this action.

8. DISPOSITIVE MOTION DEADLINE. All dispositive motions, except those under Rule 12(h)(2) or (3), shall be filed on or before April 15, 2025. All dispositive motions shall include a separate section wherein each statement of fact is individually numbered so that any party opposing such motion may refer specifically to a genuine issue of material fact. Suggestions in opposition to a dispositive motion shall begin with a concise listing of material facts as to which the party contends a genuine dispute exists. All motions for summary judgment shall comply with Local Rules 7.0 and 56.1.

9. PROTECTIVE ORDERS. The parties do not anticipate requesting a protective order.

10. PRETRIAL CONFERENCE DOCUMENT DEADLINES. The documents listed below shall be filed prior to the pretrial conference.[1]

a. Motions in Limine. Motions in limine shall be filed at least ten (10) days prior to the pretrial conference. Responses to motions in limine shall be filed at least three (3) days prior to the pretrial conference.

b. Stipulation of Uncontroverted Facts. At least three (3) Days prior to the date the pretrial conference is to be held, the parties shall file a stipulation of any uncontroverted facts. If no stipulated facts can be agreed upon, including facts related to the Court's subject matter jurisdiction, the parties shall file a joint

[1] The parties anticipate that this action will be decided on cross motions for summary judgment or motions for judgment based on the administrative record, and that a trial will be unnecessary. If the action cannot be decided on dispositive motions, it will be tried to the Court. As such, many of the customary pretrial documents will not be applicable.

statement to that effect.

c. Witness list. Not applicable.

d. Exhibit List. At least five (5) days prior to the date the pretrial conference is to be held, each party will file and serve a list of all exhibits which may be offered at trial. If an exhibit is not listed by a party, that exhibit will not be admitted absent leave of Court.

e. Stipulation as to the Admissibility of Evidence. At least three (3) days before the pretrial conference, the parties shall file a stipulation as to the admissibility of evidence, when the identification and foundation of the exhibit is not to be contested.

f. Designation of Deposition Testimony. Not applicable.

g. Objections to the Designated Testimony and Counter Designation. Not applicable.

h. Submission of Deposition Designations. Not applicable.

i. Jury Instructions. Not applicable.

j. Trial Brief. At least five (5) days prior to the pretrial conference, counsel for each party may file a trial brief stating the factual and legal contentions in the case.

k. Voir Dire Questions. Not applicable.

11. SETTLEMENT DEADLINE. Unless otherwise ordered, the court hereby imposes a settlement deadline of 12:00 Noon on the business day before trial. If the case is settled after that date, the court may enter an order to show cause why certain costs should not be imposed on the party or parties causing the delay in settlement.

IT IS SO ORDERED.

Respectfully submitted,

**BURNETTDRISKILL, Attorneys**
*/s/ Derrick A. Pearce*
Derrick A. Pearce MO #42793
Kyle H. Sciolaro MO #64568
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
(816) 781-4836 / (816) 792-3634 (fax)
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com
ATTORNEYS FOR PLAINTIFF

**RHODES, HIERONYMUS, JONES, TUCKER & GABLE**
*/s/ Dan S. Folluo*
Dan S. Folluo MO #66582
dfolluo@rhodesokla.com
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173 / (918) 592-3390 (fax)
ATTORNEY FOR DEFENDANT