**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KALLI JENKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00474-FJG |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Kalli Jenkins and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties request thirty (30) days to file a Joint Stipulation of Dismissal With Prejudice.

Submitted this 20th day of November, 2024.

Respectfully submitted,

**BURNETTDRISKILL, Attorneys**

*/s/ Derrick A. Pearce*
Derrick A. Pearce MO #42793
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
(816) 781-4836 / (816) 792-3634 (fax)
dpearce@burnettdriskill.com
ATTORNEYS FOR PLAINTIFF

**AND**

By: */s/ Iwana Rademaekers (with permission)*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319

Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

By: */s/ Dan S. Folluo (with permission)*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT